DLM

# UNITED STATES DISTRICT COURT.

HAKEEM .B. PELUMI,
182 CUMBERLAND ST. APT#: 75,
WOONSOCKET. RI. 02895,
Plaintiff,
vs.
DENNIS. G. GERSTMEYER, IN HIS CAPACITY AS, CHIEF OPERATOR CONTROL, DIVISION OF MOTOR VEHICLE OR THE STATE OF RHODE-ISLAND AND PROVIDENCE PLANTATIONS.,
Defendant

Case No.: 61-01-9599

CA 08 86 ML

## INITIAL COMPLAINT

1. Plaintiff, has a principal place of residence at 182 Cumberland Street, Apartment 75, City of Woonsocket, Providence County, State of Rhode-sland.
2. Defendant, Honorable Dennis Gerstmeyer, is the duly elected Chief Operator Control of the State of Rhode-Island. The office of the Chief Operator Control Officer has its principle place of business at New London Avenue, City of Cranston, County of Cranston, State of Rhode-Island. The Chief Operator Control has the control of and is responsible for upkeep of all operators record in Rhode-Island.
3. Plaintiff, Hakeem Pelumi, brings this complaint under Title 1 of Rhode-Island Constitution, Section 6 entitled "Search and Seizure", Section 5, entitled "Entitlement To Remedies for Injuries and Wrongs". Also, 28 USC

1357 entitled, "Injuries Under Federal Law", and United States Constitution Article (IV) of (1789) entitled, "Right of people to be secure in their person, papers and effects". Also 42 USC of 1983 entitled, "Civil action for Deprivation of Rights". "UNDER COLOR", on his own behalf, for wrongs and damages as a result of an unreasonable search and seizure, and deprivation of use of my property committed upon me by Woonsocket Police Officer on May 5, 2001, in Woonsocket, Rhode-Island.

4. In June 2001, the case was Heard,Dismissed, and Thrown out of court for Lack of Credibility.

5. As a direct and proximate result of the said Unlawful Deprivation of Property, I have sustained monetary losses, emotional distress, anxiety, depression, humiliation, embarrassment, and loss of self esteem.

6. Plaintiff further seeks Compensatory Damages Award in the sum of $75,000.00, Punitive Damages Award in the sum of $675,000.00 for a total of $750,000.00.

7. WHEREFORE, Plaintiff, Hakeem Pelumi demands judgment against Defendant, Honorable Dennis Gerstmeyer, in his capacity as the Chief Operator Control Officer of the State of Rhode-Island, under Title 1 Section 5 and 6 of the Rhode-Island Constitution, and 28USC of 1357 under United States Constitution, in Plaintiffs favor for compensation which fairly and reasonably fully compensate Plaintiff for wrong and damages suffered, and such other relief as this court deems just and proper.

Plaintiff demand trial by jury.

Plaintiff,

Hakeem Pelumi

Dated: 3-5-08