# CHAIN OF EVENTS

**Date: 03/04/08**

**TO:** UNITED STATES DISTRICT COURT
**FROM:** PLAINTIFF. (HAKEEM PELUMI
**RE:** UNREASONABLE SEARCH AND SEIZURE OF 5/05/01.

1. **03/02/01:** Plaintiff, Hakeem Pelumi was **RELEASED from FINANCIAL RESPONSIBILTY (SR.22)** and carried the document in the car for "Next 30 days" as instructed by the RI, Division of Motor Vehicles.

2. **3/29/01:** THE Defendant, Dennis Gerstmeyer, the Chief Operator Control of R.I, **WILLFULLY OR NEGLIGENTLY FAILED TO UPDATE Plaintiffs Driving RECORD**. Hence, **maintained, "FAIL TO MAINTAIN FINANCIAL RESPONSIBILITY" instead of RESTORATION as of 3/02/01,**

3. **05/05/01:** Plaintiff, Hakeem Pelumi, was unreasonably Stopped, Searched, got his Property (A 1989 Volkswagen, Golf) Towed Away by a Woonsocket Police Officer for **Driving After Suspension**. And **Operating Without Insurance**, even after Plaintiff showed documents to prove otherwise. As a result, **Plaintiff was Wrongfully Deprived of His Property.**

4. **05/7/0:** Plaintiff, Hakeem Pelumi headed to RI Division of Motor Vehicles to find out what the problem was, and was told his driving privilege are valid, then, he was issued a NEW **"NOTICE OF RESTORATION" PAPER AT NO COST.**

5. **05/22/01:** Plaintiff, Hakeem Pelumi, was arraigned at RI District Court. Sixth Division, **Plaintiff 'PLEAD NOT GUILTY"**, and was released on Personal Recognizance.

6. **06/04/01: Pre-Trail Conference; CASE WAS DISMISSED and THROWN OUT OF COURT FOR LACK OF CREDIBILITY OF THE PROSECUTORS. After Plaintiff PROVIDED ALL PERTINENT DOCUMENTS PROVING HIS INNOCENCE OF THE CRIMES ALLEGED BY THE PROSECUTORS.**

**THE KEY QUESTION HERE IS...**
**(A): WAS Plaintiff's DRIVING PRIVILEGES LEGALLY VALID OR NOT AT THE TIME OF THE UNREASONBLE SEARCH AND SEISURE?**
**THE ANSWER IS "YES"**

**(B): DID THE DEFENDANT willfully or Negligently FAILED TO UPDATE PLAINTIFFS DRIVING RECORD ACCORDING TO THE LAW?**
**THE ANSWER IS "YES"**

**(C): WAS PLAINTIFF ILLEGALLY DEPRIVED OF HIS CAR, HENCE, HIS CIVIL RIGHTS VIOLATED? THE ANSWER IS "YES"**