HAKEEM PELMI
182 CUMBERLAND STREET. APT: 75
WOONSOCKET. RI. 02895

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HAKEEM PELUMI,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS G. GERSTMEYER indidually and in his official capacity as chief operator of Rhode Island Motor Vehicles Department, STATE OF RHODE ISLAND, through its Treasurer, Frank T. Caprio; City of Woonsocket through its Treasurer, Carol Touzin<br><br>Defendant | Case No.: C.A. No 08-86ML.<br><br>AMMENDED COMPLAINT |

**JURISDICTION AND PARTIES**

**A. JURISDICTION & PARTIES**

1. Jurisdiction is proper in this court according to 28 U.S.C 1343, 42 U.S.C. 1983 and 1985, 28U.S.C 1391(a)(2) and (b)(2).28U.S.C. 1332 "Amount in Controversy".

2. The Plaintiff, Hakeem Pelumi is a resident of Woonsocket, County of Providence, in the State of Rhode Island.

3. The Defendant, the City of Woonsocket, through its Treasurer Carol Touzin is a duly authorized and organized municipality to the laws of the State of Rhode Island and is sued by and through its Treasurer, Carol Touzin.

4. The Defendant, the Division of Motor Vehicles of R.I through its chief operator control officer, is a department of the State of Rhode Island, located at One Hundred, New London Avenue, Cranston, Rhode Island.

5. Upon information and belief, Defendant Dennis Gerstmeyer is a citizen of the State of Rhode Island and, at all times pertinent hereto, was a Chief Operator Control of the Rhode Island Department of Motor Vehicles. Defendant Gerstmeyer being sued individually and in his official capacity as a Chief Operator Control officer of Rhode Island D.M.V.

## B. FACTUAL BACKGROUND

6. On Saturday May 5th , 2001, Plaintiff traveling on Hamlet Avenue, in Woonsocket, when stopped, searched and deprived of his car for "driving after suspension".

7. Plaintiff, Hakeem Pelumi, immediately went to Motor vehicles Department on Monday, May 7th 2001 report the accident and inquire of the validity of the "Search and Seizure".

8. Upon arrival at the D.M.V, Plaintiff, Hakeem Pelumi, was informed his license was valid, in contrary to the allegation by the Woonsocket police officer.And was issued a new "Letter of Reinstatement" AT NO COST

182 CUMBERLAND STREET. APT: 75
WOONSOCKET. RI. 02895

9. In June 2001, case was heard in Providence 6th District court and was thrown out for lack of credibility.

10. Plaintiff contacted both Local and Federal government agencies to report the incident, but was being PUSHED from one end to the other ever since 2001."Some of the corresponce to the R.I Attorney Generals office, R.I Governors office, Department of justice, civil rights Division in Washington DC will bw provided upon request.

**11.** The Defendant, Dennis Gerstmeyer of R.I Department of Motor vehicles, willfully, or negligently failed to update the Plaintiffs driving record which Consequently led to the Search and seizure. Thereby deprived plaintiff of the rights and privileges guaranteed under both the United States Constitution and the Rhode Island law and constitution as well.

**CAUSE OF ACTION**

**Count 1**

**(Civil Rights Violation against Defendant Gerstmeyer pursuant to 42 U.S.C. 1983**

12. The Plaintiff repeats and realleges Paragraphs 1 through 11 of the Complaint as if each had been more fully set forth herein.

13. The actions of the Defendant Gerstmeyer were undertaken with the authority of the State of Rhode Island, and under color of state law.

14. The actions of the Defendant Gerstmeyer deprived the Plaintiff of his rights, privileges and immunities under the Fourteenth Amendment of the United States Constitution, causing him to be deprived of his property and hence equal justice meant for all citizens alike and subjected to unnecessary and unwarranted paint and injuries in seeking fair and proper justice. And further causing him both personal injury and economic harm.

**COUNT 11**

**(Civil Rights Violation against Defendants State of Rhode Island pursuant to 42 U.S.C 1983) through its Treasurer, Frank Caprio.**

15. The plaintiff repeats and realleges paragraph 1 through 14 of the Complaint as if each had been more fully set forth herein.

**16.** The actions of Defendant Gerstmeyer were undertaken with the authority of the State of Rhode Island, and under color of state law.

**17.** The actions of the Defendant deprived the Plaintiff of his rights, privileges and immunities under the Fourteenth amendment of the United States Constitution, causing him to be deprived of his liberty, and further causing him both personal injury and economic harm.

18. As a direct and proximate result of the unlawful Willful or Negligent act of the defendants, Plaintiff was deprived of his liberty, and suffered personal and economic injury.

**Count IV**

182 CUMBERLAND STREET. APT: 75
WOONSOCKET. RI. 02895

**(Civil Rights Violation against Defendant Gerstmeyer Pursuant to Rhode Island State Law and the Rhode Island Constitution)**

19. The Plaintiff repeats and realleges Paragraph 1 through 20 of the Complaint as if each had been more fully set forth herein.

20. The actions of the Defendant Germestmeyer were undertaken with the authority of the State of Rhode Island and the Motor vehicle Department, and under color of state law.

21. The actions of the defendant Gerstmeyer deprived the Plaintiff of his rights, privileges and immunities under state law and the Rhode Island State Constitution, including without limitation the ability to be free from improper search and seizure and right to justice as guaranteed by Article 1, 5, 6 of the state Constitution.

22. As a direct and proximate result of the unlawful actions of the Defendant, Plaintiff was caused to suffer both personal injury and economic harm.

**C. <u>RELIEF REQUESTED</u>**

As a direct and proximate result of the Defendants civil rights violations, Plaintiff Hakeem Pelumi seeks the following relief:

A. A declaratory judgment that the Defendants, in the manner described herein, violated the civil rights of the Plaintiff.

B. Compensatory damages for Plaintiffs personal injuries, emotional distress, and economic harm.for $75,000.00

182 CUMBERLAND STREET. APT: 75
WOONSOCKET. RI. 02895

C. Punitive damages against Defendant Gerstmeyer for Failing to update Defendants driving record, which consequently led to his deprivation of his guaranteed rights under the United States Constitution; For $675,000.00. All for a total of $750,000.00, and

D. For such other and further relief as to this court may seem just and proper.

**E. DEMAND FOR JURY TRIAL**

The Plaintiff hereby demands a trial by jury on all counts so triable.

Dated this 17th day of April, 2008

182 CUMBERLAND STREET.
APT: 75
WOONSOCKET. RI. 02895
HAKEEM PELMI

Dated this 16th day of April, 2008

# CHAIN OF EVENTS

**Date: 03/04/08**

**TO:** UNITED STATES DISTRICT COURT
**FROM:** PLAINTIFF. (HAKEEM PELUMI
**RE:** UNREASONABLE SEARCH AND SEIZURE OF 5/05/01.

1. **03/02/01:** Plaintiff, Hakeem Pelumi was **RELEASED from FINANCIAL RESPONSIBILTY (SR.22)** and carried the document in the car for "Next 30 days" as instructed by the RI, Division of Motor Vehicles.

2. **3/29/01:** THE Defendant, Dennis Gerstmeyer, the Chief Operator Control of R.I, **WILLFULLY OR NEGLIGENTLY FAILED TO UPDATE Plaintiffs Driving RECORD.** Hence, **maintained, "FAIL TO MAINTAIN FINANCIAL RESPONSIBILITY" instead of RESTORATION as of 3/02/01,**

3. **05/05/01:** Plaintiff, Hakeem Pelumi, was unreasonably Stopped, Searched, got his Property (A 1989 Volkswagen, Golf) Towed Away by a Woonsocket Police Officer for **Driving After Suspension.** And **Operating Without Insurance**, even after Plaintiff showed documents to prove otherwise. As a result, **Plaintiff was Wrongfully Deprived of His Property.**

4. **05/7/0:** Plaintiff, Hakeem Pelumi headed to RI Division of Motor Vehicles to find out what the problem was, and was told his driving privilege are valid, then, he was issued a NEW **"NOTICE OF RESTORATION" PAPER AT NO COST.**

5. **05/22/01:** Plaintiff, Hakeem Pelumi, was arraigned at RI District Court. Sixth Division, **Plaintiff 'PLEAD NOT GUILTY"**, and was released on Personal Recognizance.

6. **06/04/01: Pre-Trail Conference; CASE WAS DISMISSED and THROWN OUT OF COURT FOR LACK OF CREDIBILITY OF THE PROSECUTORS. After Plaintiff PROVIDED ALL PERTINENT DOCUMENTS PROVING HIS INNOCENCE OF THE CRIMES ALLEGED BY THE PROSECUTORS.**

**THE KEY QUESTION HERE IS...**
**(A): WAS Plaintiff's DRIVING PRIVILEGES LEGALLY VALID OR NOT AT THE TIME OF THE UNREASONBLE SEARCH AND SEISURE?**
**THE ANSWER IS "YES"**

**(B): DID THE DEFENDANT willfully or Negligently FAILED TO UPDATE PLAINTIFFS DRIVING RECORD ACCORDING TO THE LAW?**
**THE ANSWER IS "YES"**

**(C): WAS PLAINTIFF ILLEGALLY DEPRIVED OF HIS CAR, HENCE, HIS CIVIL RIGHTS VIOLATED? THE ANSWER IS "YES"**

# ACLU COMPLAINT FORM
## FOR VICTIMS AND WITNESSES OF POLICE MISCONDUCT

American Civil Liberties Union
128 Dorrance Street, Suite 220
Providence RI 02903

I. Your Name HAKEEM . B . PELUMI

Address 104. SAYLES ST. # 312.

City, State, Zip WOONSOCKET - R.I. 02895.

Home Phone / Business Phone 401-769-9827 ; 765-3021 (message)

Age 45 Race AFRICAN (BLACK)

II. Name of Victim HAKEEM - B - PELUMI

III. Police Department WOONSOCKET

*Name(s), Rank(s), or Badge No.(s) of officer(s) involved:* ______

IV. Place of Incident WOONSOCKET (OFF HAMLET AVE)

Date and Time of Incident 5/5/01 Around 2.00am.

Nature of Incident *(Circle those that apply):*

Brutality | Use of Insulting Language | Harassment

Unnecessary Force | (Illegal Search of Home or Car) [circled] | Phone Call Not Allowed

V. CHARGE(s) brought against you *(Circle those that apply):*

None | Resisting Arrest | Disorderly Conduct

Assaulting Officer | Drug-Related Charge | Other DRIVING AFTER SUSPENSION LACK OF CAR INSURANC Coverag

VI. Put description of incident on back of this sheet and on additional pages if necessary. Be as specific as possible

*I hereby certify that the above information and attached description are true to the best of my knowledge, information and belief. I hereby authorize the ACLU to file a duplicate of this form and attached description with the Police Department(s) listed above and/or to the FBI for their investigation, or to use this information in any way the ACLU deems appropriate.*

*SIGN HERE* Your Signature [signature]

Subscribed and sworn to before me this 8TH day of JUNE, 2001.

*NOTARIZE* Notary Public [signature] NOTARY PUBLIC
Joseph G. Wolfersender Notary Public

C:\ACLU\FORMS\POLICEFO.WPD

6-20-01

Subj: **RACIAL PROFILING/DISCRIMINATION**
Date: 11/7/01 7:56:04 AM Eastern Standard Time
From: TopsysIntl
To: rigov@gov.state.ri.us
CC: TopsysIntl

**TO WHOM IT MAY CONCERN**

MY NAME IS HAKEEM PELUMI.
AN AMERICAN WITH A PROVEN DISABILITY, WHOSE CIVIL RIGHTS HAVE BEEN CONSTANTLY VIOLATED WITH NO ONE WILLING TO LISTEN, LESS TALK OF TAKING A LOOK INTO THE MATTER.
FIRSTLY, I WAS A VICTIM OF AN ARMED ROBBERY CASE WITH SUSTAINED BODILY INJURIES, AS WELL AS PERSONAL PROPERTY, AND MONETARY LOSSES. CASH MONEY IN THE AMOUNT OF $1600. A RESTITUTION OF ONLY $800 WAS ORDERED PAYABLE. AND BECAUSE OF LACK OF FUNDS TO HIRE AN ATTORNEY, MY CASE HAD BEEN CAST ASIDE AND NEGLECTED.
SECONDLY, I WAS STOPPED, SEARCHED AND RIPPED OF MY CAR BY A WOONSOCKET POLICE OFFICER, WHO CLAIMED WRONG ALLEGATIONS OF.."DRIVING AFTER SUSPENSION, AND LACK OF INSURANCE COVERAGE."
A CASE WHICH WAS LATER THROWN OUT OF DISTRICT COURT FOR LACK OF CREDIBILITY. BUT... WHERE OR WHO DO I TURN TO IN OTHER TO FILE A SUIT ?? WHO ??. NO ONE'S WILLING TO LISTEN, LESS TALK OF TAKING A LOOK. THE RECORDS OF WHICH WAS LATER TENDERED TO INSURANCE COMPANIES, THAT IN TURN LED TO AN INCREASE IN PREMIUMS... ALL FOR NO JUSTIFIABLE REASON. THIS IS AN INNOCENT, LAW-ABIDING CITIZEN UNDERGOING WHAT SEEMS TO BE AN ACT OF TERROR WITHIN THE STATE.
IS THERE ANYONE AT LEAST, TO LISTEN? OR TAKE A CLOSER LOOK INTO THIS DISTURBING AND TROUBLING ISSUE ??
I HAVE IN MY POSSESSION, ALL NECESSARY SUPPORTING DOCUMENTS TO BACK UP MY STORY, IN CASE THEY'RE NEEDED.
FOR YOUR INFORMATION, AND NECESSARY ACTION.
IN THE PROTECTION OF THE BILL OF RIGHTS OF THE CONSTITUTION, MEANT FOR THE GENERAL POPULACE, I STRONGLY BELIEVE THAT.... SOMEDAY, SOMEWHERE, SOMEONE WILL LISTEN AND TAKE ACTION.
THANK YOU

SINCERELY.

HAKEEM PELUMI
104 SYLES STREET. # 312.
WOONSOCKET. R. I 02895
E-MAIL: TOPSYSINTL@AOL.COM

**SAMPLE OCCOURENCES**

**N.B**: A QUESTION OF RACE-PROV JOURNAL. 5/16/01
PROV POLICE SUED OVER PROFILING RECORDS.-PROV JOURNAL. 11/7/01

AND LOTS MORE....

**WHY IS MY CASE BEING NEGLECTED ???? WHY ????**

[illegible] ALMOND
SHELDON WHITEHOUSE

**From The Desk Of Hakeem . B . Pelumi**
**104 Sayles Street. #312.Woonsocket. RI 02895**
**(401) 769-9827**
**E-Mail: Topsysintl@aol.com**

November 21, 2001

Mr.Sheldon Whitehouse. Attorney General
150 South Main Street. Providence. RI 02903
(401) 274-4400

Re: Correspondence to Governor Almond

Dear Mr. Whitehouse:

In responce to your letter dated 11/16/2001, I'll like to express my sincer thanks, and to state briefly my on-going motives for continuing correspondence.

In brief, I've served in a reponsibility capacity for a state government in the past, and I'm sure aware of the ups and downs of taking up a post of this cappacity.
In other words, I corresponds with your office, only after failed repeated attempts to offices and agencies, in my view, responsible for taking action, or, even, at least, give directives, as to who, or where to direct my inquiries regarding my case.

A good example is your very own office, as I can strongly recollect, corresponding over the phone with one of your aides (I believe), on at least, three occassions.; Conversations always ending with: "Attorney generals office is not responsible for this type of a case, you should try and call the governors office. Governors office, on the other hand, after being contacted, referred back to your office. Now, tell me.... TO WHOM DO I TURN ?. I was left with no choice, but to contact Washington.

Furthermore, even before the initial contact to your office/governor's office, repeated attempts to locate the responsible office/agency had been absolutely woeful, as no one seemed to know the answer to my request, except an offer of advice as to seek an attorney. WHERE IS THE JUSTICE DEPARTMENT ?. I seemed unable to figure out.

In my opinion, it actually seems a flimsy escuse in a statement saying "it will be duplicative because of a filed complaint with the Department of Justice.
This could have been credible assuming this office had heeded to my initial contacts. What would you expect, or recommend for a loyal, law-abiding citizen being pushed aroung several offices/agencies, with [illegible] "THIS OFFICE CARRIES NO RESPONSIBILITY OVER YOUR CASE".

State of Rhode Island and Providence Plantations

DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street, Providence, RI. 02903
(401) 274-4400
TDD (401) 453-0410

*Sheldon Whitehouse, Attorney General*

November 16, 2001

Mr. Hakeem Pelumi
104 Syles Street, #312
Woonsocket, Rhode Island 02895

Re: Correspondence to Governor Almond

Dear Mr. Pelumi:

The Governor's officer recently forwarded to the Attorney General your recent correspondence to the Governor. This office independently received a copy of the same documents. The correspondence received is a copy of an e-mail message you forwarded to the Governor, along with a copy of a complaint form generated by the United States Department of Justice's Civil Rights Division.

Your correspondence generally alleges that you are the victim of racial discrimination, and indicates that over the past six months, you have unsuccessfully sought to identify an attorney or organization that would be able to assist you. You attributed your lack of success in this regard on your limited financial resources.

Because you have apparently filed this complaint with the Department of Justice, it would be duplicative for any other agency to simultaneously review the same matter. If you have not yet filed this complaint with the Department of Justice, I suggest that you file it initially with the Woonsocket Police Department, as you have alleged that a member of that department discriminated against you.

The Department of Attorney General is a prosecutorial agency rather than an investigative agency. Thus, the normal course would be for you – or any individual – to initially file a complaint with a state or local law enforcement agency. The law enforcement agency generally reviews the evidence in the case, and considers the appropriate investigative steps to take. Once the investigation is complete, the agency presents the matter to this Department to review for criminal prosecution.

Because you have raised within your letter the possibility that you were the victim of racial profiling, I have also forwarded your letter to those who are presently conducting a study of traffic stops in Rhode Island pursuant to the Rhode Island Traffic Stops Statistics Act.

Very truly yours,

Gerald J. Coyne
Deputy Attorney General

Recv'd 11/20/01