UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HAKEEM PELUMI

v. C.A. No. 08-84ML

MONIQUE LANDRY, in her capacity as the Claim Representative of Progressive Insurance Company

HAKEEM PELUMI

v. C.A. No. 08-85ML

DAVID CICILLINE, in his capacity as the Mayor of Providence

HAKEEM PELUMI

v. C.A. No. 08-86ML

DENISE G. GERSTMEYER, in his capacity as Chief Operator Control Officers, State of Rhode Island Division of Motor Vehicles

HAKEEM PELUMI

v. C.A. No. 08-87ML

GORDON HEPWORTH, in his capacity as the Claim Representative of State Farm Mutual Automobile Insurance

HAKEEM PELUMI

v. C.A. No. 08-105ML

STATE OF RHODE ISLAND, JEROME SMITH, in his capacity as District Court Administrator, 6th Division, on behalf of Richard Finnegan

HAKEEM PELUMI

v. C.A. No. 08-106ML

SUSAN MENARD, in her capacity as the Mayor of Woonsocket, on behalf of Officer Marsha Houle

HAKEEM PELUMI

v. C.A. No. 08-107ML

MICHAEL HOULE

ORDER

These matters are before the Court on objections to Reports and Recommendations issued by Magistrate Judge Almond on April 7, 2008. The Court notes that Plaintiff filed amended complaints pursuant to F. R. Civ. P. 15(a)(1(A) after Plaintiff's Motions for Leave to Proceed *In Forma Pauperis* were referred to Magistrate

Judge Almond. This Court now refers the amended complaints to Magistrate Judge Almond for review pursuant to 28 U.S.C. § 1915(c).

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
April 24, 2008